# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO: #4:18-CR-196-1** |
| | ) | |
| | ) | |
| **RAYMOND EUGENE WARREN** | ) | |

## ORDER

Based on the Government's motion to dismiss the violation of supervised release petition filed on September 21, 2020 (Doc. 30), and with the concurrence of the Probation Office and counsel for the Defendant, Derek A.T. Kauhane, the petition for a violation of supervised release is hereby DISMISSED.

So ORDERED, this __10__ day of July 2024.

_____

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA